DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DAVIA J. BRADSHAW,**
Appellant,

v.

**CLINTON B. SESSION, JR.,**
Appellee.

No. 4D19-2301

[August 6, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Howard K. Coates, Jr., Judge; L.T. Case No. FMCE2012-006285.

Sara Lawrence of the Law Office of Sara Lawrence, P.A., Fort Lauderdale, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

WARNER, MAY and KLINGENSMITH, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***